# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**DANIEL GUERRERO, on behalf of himself and all others similarly situated,**

        **Plaintiff,**

v.                                              Case No. 18-4072-DDC-TJJ

**FIRST NATIONAL COLLECTION BUREAU, INC., ET AL.,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Consistent with the Memorandum and Order (Doc. 43) filed on August 7, 2019, this action is dismissed without prejudice.**

    08/07/2019                                            TIMOTHY M. O'BRIEN
       Date                                                   CLERK OF THE DISTRICT COURT

                                                                      by:   s/ Megan Garrett
                                                                              Deputy Clerk